CHARLES DE SANTIS, an Infant, by HELEN DE SANTIS His Guardian ad Litem, Respondent, *v.* PETER LUGER, Appellant.

(Submitted November 17, 1930; decided November 19, 1930.)

*Ralph Weller* for motion.
*Daniel Mungall* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.